**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

DUJUAN THOMPSON,                           )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        Civil No. 3:08-0307
                                           )        Judge Trauger
DAVIDSON TRANSIT ORGANIZATION, *et al.*,   )
                                           )
        Defendants.                        )

## O R D E R

As a housekeeping matter, the Report and Recommendation issued November 24, 2008

(Docket No. 7), to which no objections have been filed, is **AFFIRMED** in all respects. Process

was ordered issued against defendants Davidson Transit Organization and Dawn Distler, and

they have appeared through counsel. It is further **ORDERED** that defendants Metropolitan

Transit Authority, Amalgamated Transit Union, Local Union 1235, and Larry Patton are

dismissed as defendants from this case.

It is so **ORDERED**.

ENTER this 15th day of January 2009.

_____
ALETA A. TRAUGER
U.S. District Judge